RECEIVED
SDNY PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

2017 APR -7 AM 10: 45

S.D. OF N.Y.

BENTER AKINYI

Write the full name of each plaintiff.

17 CV 2522

(Include case number if one has been assigned)

-against-

**COMPLAINT**

Do you want a jury trial?
☑ Yes   ☐ No

MS BARBARA

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐ Federal Question

☒ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

N/A

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, __BENTER  AKUMY__, is a citizen of the State of
(Plaintiff's name)

__KENYA__
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, __MS BARBARA__, is a citizen of the State of
(Defendant's name)

__UNITED STATES__

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, __N/A__, is incorporated under the laws of

the State of __N/A__

and has its principal place of business in the State of __N/A__

or is incorporated under the laws of (foreign state) __N/A__

and has its principal place of business in __N/A__.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__BENTGR__                __—__              __AKINYI__
First Name                Middle Initial     Last Name

__78 CATHERINE STREET__
Street Address

__MANHATTAN__              __NY__             __10038__
County, City              State              Zip Code

__213 312 4717__           __bomiela2015@gmail.com__
Telephone Number          Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

| MS | BARBARA |
|---|---|
| First Name | Last Name |

GO SUPREME COURT ADVOCATE
Current Job Title (or other identifying information)

GO SUPREME COURT
Current Work Address (or other address where defendant may be served)

| MANHATTAN | NY | 10038 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 2:

| N/A | |
|---|---|
| First Name | Last Name |

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

| | | |
|---|---|---|
| County, City | State | Zip Code |

Defendant 3:

| N/A | |
|---|---|
| First Name | Last Name |

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

| | | |
|---|---|---|
| County, City | State | Zip Code |

Defendant 4: N/A

First Name    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City    State    Zip Code

### III. STATEMENT OF CLAIM

Place(s) of occurrence: 60 SUPREME COURT OFFICE NO 116

Date(s) of occurrence: 04/06/2017

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I HAD GONE TO CHECK IF MY SUIT HAD BEEN APPROVED FOR WAIVER UNDER POOR PERSON ORDER WHICH I HAD FILLED UP EARLIER. I FOUND MS BARBARA ON THE COUNTER AND ONCE I SIGNED IN ON THEIR REGISTER, SHE ASKED ME FOR MY NAME AND I DECIDED TO GIVE HER MY PHOTO ID FOR EASE OF REFERENCE. SHE PULLED OUT ONE SUIT FROM THE CABINET BUT RETURNED IT BACK AGAIN, LOOKED AT HER OTHER 2 STAFF AND ASKED AGAIN HOW I PRONOUNCE MY NAME, WHICH ONE OF HER STAFF SHOUTED TO HER "BENTER". SHE THEN PULLED ANOTHER PAPER FROM THE SAME CABINET AND GAVE IT TO ME, I TOLD HER THAT THEY WERE TWO SUITS. SHE THEN WENT BACK TO THE SAME CABINET AND PULLED UP THE COPY THAT SHE HAD RETURNED

PT.O

Page 5

AND GAVE IT TO ME SAYING THAT WAS REJECTED. I COULD SEE SOME WRITINGS ON THE PAGE BY THE JUDGE HON. EILEEN BRANSTEN WHICH I DID NOT UNDERSTAND, I ASKED MS BARBARA WHAT THE JUDGE MEANT BY THOSE WRITING, WHAT WAS CPLR 1101(b), AND WHERE TO TO GET THIS "CERTIFICATE OF MERIT FROM AN ATTORNEY" INDICATED ON MY SUIT. SHE TOLD ME ARROGANTLY THAT SHE HAS NOTHING TO DO WITH MY PAPERS, THREW THEM ON MY FACE AND SAT AT A SWING CHAIR IN HER OFFICE AND TOLD ME "AM DONE WITH YOU." I ASKED HER WHERE IS THE DOCKET NUMBER ON MY OTHER APPROVED SUIT BUT SHE JUST LOOKED AT ME FROM HEAD TO TOE AND IGNORED

**INJURIES:** MY QUESTION. A MALE STAFF IN HER OFFICE ADVISED ME TO VISIT OFFICE 141 FOR THE INDEX NUMBER.

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

THIS LADY BEING AN ADVOCATE OF THE SUPREME COURT AND WHO LOOKS TO BE IN HER LATE 50'S OR MID 60'S SHOULD KNOW BETTER WHAT EXPLANATION TO GIVE TO THE CLIENTS ON THE JUDGES CLAUSES AND DIRECTIVES. I FELT SO STRESSED, DEPRESSED AND THE RACISM THAT I HAVE TRIED TO SURVIVE WITH IN THIS COUNTRY

**IV. RELIEF** WAS SO EVIDENT IN HER REACTION BUT IRONICALLY SHE IS AN ADVOCATE AT A USA SUPREME COURT.

State briefly what money damages or other relief you want the court to order.

$100,000+ in money damages. The courts SHOULD LET JUSTICE STATUE THAT FLIES OUTSIDE ALL AMERICAN COURTS BE EXERCISED ON THIS LADY WHO IS ONE OF THEIR OWN ADVOCATE. I AM LOOKING FORWARD TO SEE IF AT ALL THAT JUSTICE LADY WHO IS BLIND FOLDED IS KNOWN BY THIS VERY COURT THAT HOUSES ONE OF ITS BIGGEST STATUE IN THIS NEW YORK CITY.

Page 6

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 04/07/2017 | Byron |
|---|---|
| Dated | Plaintiff's Signature |
| BENTER | AKINY |
| First Name        Middle Initial | Last Name |
| 78 CATHERINE STREET | |
| Street Address | |
| MANHATTAN | NY | 10038 |
| County, City | State | Zip Code |
| 212 312 4717 | bonniela2015@gmail.com |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.