UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENTER AKINYI,<br><br>                        Plaintiff,<br><br>             -against-<br><br>MS. BARBARA,<br><br>                        Defendant. | 17-CV-2522 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued July 24, 2017, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   July 24, 2017
            New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge